**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1558

MICHAEL BOGAN,

              Plaintiff - Appellant,

         v.

ROOMSTORE, INC., The,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.  (3:09-cv-00705-HEH)

Submitted:  November 30, 2010      Decided:  December 3, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Bogan, Appellant Pro Se.   Charles Garrison Meyer, III,
LECLAIR RYAN, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Bogan appeals the district court's order denying relief in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bogan v. Roomstore, Inc., No. 3:09-cv-00705-HEH (E.D. Va. Apr. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED